**DISMISS; Opinion Filed April 8, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01659-CV

## IN THE MATTER OF THE ESTATE OF CLOYD D. YOUNG, DECEASED

**On Appeal from the Probate Court**
**Dallas County, Texas**
**Trial Court Cause No. PR-09-02344-1**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Lewis
Opinion by Justice Myers

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the Court that the parties signed a settlement agreement, which has been approved by the trial court, to dispose of this appeal and the parties' underlying claims. Appellant states that appellee is unopposed and agrees to the relief requested. Accordingly, we grant appellants' motion and dismiss the appeal.

/Lana Myers/
LANA MYERS
121659F.P05                                      JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF THE ESTATE OF
CLOYD D. YOUNG, DECEASED

No. 05-12-01659-CV

On Appeal from the Probate Court, Dallas
County, Texas
Trial Court Cause No. PR-09-02344-1.
Opinion delivered by Justice Myers. Chief
Justice Wright and Justice Lewis
participating.

In accordance with this Court's opinion of this date, the judgment of the trial court is
**DISMISSED**.

It is **ORDERED** that appellee Mary Isabelle Young recover her costs of this appeal from
appellant Vivian Young.

Judgment entered this 8th day of April, 2014.

/ Lana Myers/
LANA MYERS
JUSTICE